| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHRISTOPHER S. HARMS, *et al.*, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:19-CV-606
§
TPC GROUP, INC., *et al.*, §
§
    Defendants. §

## ORDER OF DISMISSAL

In accordance with Plaintiffs' Notice of Voluntary Dismissal (#9), filed January 24, 2020, this action is dismissed without prejudice. Each party shall bear its own costs of court and attorney's fees.

SIGNED at Beaumont, Texas, this 29th day of January, 2020.

                                    MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE